BARRY J. PORTMAN
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant ROBINSON

FILED

MAY 1 2 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SANDRA ROBINSON,<br><br>Defendant. | No. CR-10-70132-HRL<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO TAKE MATTER OFF<br>CALENDAR AND DISMISS REMOVAL<br>PROCEEDINGS |

## STIPULATION

Defendant Sandra Robinson, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Susan Knight, hereby stipulate and respectfully request that, with the Court's approval, the status hearing date currently scheduled for May 19, 2010 at 9:00 a.m. in this matter be taken off calendar and the removal proceedings in this district be dismissed.

This matter is set on May 19, 2010 for a status hearing on defendant's removal to the Western District of Washington in case number CR 06-5584, which has now been dismissed. *See* Attached Order. The parties therefore respectfully request the court take this matter off calendar and dismiss the removal proceedings pending in this district.

Stipulation and [Proposed] Order                 1

1  IT IS SO STIPULATED.

2  Dated: May 11, 2010

3
                                             /s/
                                    VARELL L. FULLER
4                                   Assistant Federal Public Defender

5  Dated: May 11, 2010

6
                                             /s/
                                    SUSAN KNIGHT
7                                   Assistant United States Attorney

8
                        [~~PROPOSED~~] **ORDER**
9
    GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY
10
ORDERED that the status hearing on defendant's removal currently set for May 19, 2010 at 9:00
11
a.m., is hereby taken off calendar and the removal proceedings pending in this district are
12
dismissed.
13
    IT IS SO ORDERED.
14
Dated: 5/12/10
15
                                    _____
16                                  THE HONORABLE HOWARD R. LLOYD
                                    United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order                    2

# EXHIBIT A

Magistrate Judge

FILED
RECEIVED  LODGED
APR 21 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. CR06-5584 |
| v. | ) | ORDER FOR DISMISSAL |
| SANDRA L. ROBINSON, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information in CR06-5584 against the defendant, SANDRA L. ROBINSON.

DATED this ___ day of April_____, 2010.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

Leave of court is GRANTED for the filing of the foregoing dismissal.

DATED this ___ day of April_____, 2010.

UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL /ROBINSON -1
(CR06-5584)


COPY

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970